**Opinion issued September 22, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00719-CV

———————————

## IN RE SOUTHCORP REALTY ADVISORS, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Southcorp Realty Advisors, Inc., filed a petition for a writ of mandamus challenging a June 28, 2021 trial court order striking the designation of Susan Powell, CPA, CVA, MAFF as an expert witness on the issue of damages, and

an August 16, 2021 trial court order striking the designation of Wilbert  Sisson as an expert witness on the issue of damages.[1]

We deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Rivas-Molloy, and Guerra.

---

[1] The underlying case is *Hobby Autoport, LLC v. Southcorp Realty Advisors, Inc.*, Cause No. 2016-01602, in the 215th District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.